UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CODY ROSE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 1:15-CV-1721-JMS-DKL |
| | ) |
| CITY OF MUNCIE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties having entered into a stipulation to dismiss this cause with prejudice, and the court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and that this cause should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause be and hereby is dismissed, with prejudice, each party bearing his own costs.

Dated: January 25, 2017

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Service by ECF upon all ECF-registered counsel.